UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM RIVERA,<br><br>                          Petitioner,<br><br>      -against-<br><br>STATE OF N.Y.,<br><br>                          Respondent. | 1:22-CV-6328 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 28, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 28, 2022
           New York, New York

                                                /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge